UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**11 CV. 2924**

ALADDIN ABDAL RAHIM
_____
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

NEW YORK POLICE DEPARTMENT
_____
_____
_____
_____
_____
_____
_____

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983

Jury Trial: ☑ Yes ☐ No
(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED
APR 21 2011
PRO SE OFFICE

**I.    Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name   ALADDIN ABDAL RAHIM
                  _____
          Address  340 WEST 28TH STREET, APT #10G
                  NEW YORK, NY 10001

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Rev. 05/2010                                    3

Defendant No. 1   Name  NEW YORK CITY LAW DEPT
                  Address  100 CHURCH STREET
                           NEW YORK, NY 10007

Defendant No. 2   Name  NEW YORK POLICE DEPT
                  Where Currently Employed
                  Address  1 POLICE PLAZA
                           NEW YORK

Defendant No. 3   Name  PO N. ALMONTE
                  Where Currently Employed
                  Address  TAX #

Defendant No. 4   Name  PO JOSEPH MATARAZZO    Shield # 25373
                  Where Currently Employed
                  Address  TAX # 948243

Defendant No. 5   Name  _____   Shield # ____
                  Where Currently Employed
                  Address

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. NEW YORK CITY TRANSIT TRAIN STATION AT 8TH AVENUE AND WEST 14 ST.

B. Where did the events giving rise to your claim(s) occur? ON THE "L" TRAIN PLATFORM BROOKLYN BOUND

C. What date and approximate time did the events giving rise to your claim(s) occur? JANUARY 24, 2010 AT OR ABOUT 12:45 PM.

D. Facts: **Rahim is a frail elderly, senior citizen who was in ill health at the time of the incident. Rahim was on his way to prayer service at his house of worship on this Sunday afternoon. The car Rahim entered was full, so Rahim entered the next car to find a seat. Instantly PO J. Matarasso (shield # 25373) ordered Rahim off the train. Told him to turn around and placed him in excruciatingly tight handcuffs.**

What happened to you?

Who did what?

Was anyone else involved? **PO N. Almonte**

Who else saw what happened? **Many other passengers on the train.**

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

**PO Matarasso told Rahim to come with him and violently when Rahim did not move fast enough, tugged at Rahim's arm causing Rahim to lose his balance and footing and fall to the concrete platform, striking his head and shoulders. As Rahim's hands were cuffed behind his back he could not brake his fall. PO Matarasso made no effort to save Rahim from his fall. Rahim suffered a concussion and had to be hospitalized. Rahim was then incarcerated.**

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ____   No _X_

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _____
_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____   No ____   Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No ____   Do Not Know ____

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____   No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No ____

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _____

1. Which claim(s) in this complaint did you grieve? _____
_____

2. What was the result, if any? _____
_____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____
_____
_____
_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _____

VI. **Previous lawsuits:**

<div style="float:left; border:1px solid black; padding:4px;">**On these claims**</div>

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

   Yes ____   No **X**

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____

   3. Docket or Index number _____

   4. Name of Judge assigned to your case _____

   5. Approximate date of filing lawsuit _____

   6. Is the case still pending? Yes ____ No ____

      If NO, give the approximate date of disposition _____

   7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

   _____

<div style="float:left; border:1px solid black; padding:4px;">**On other claims**</div>

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

   Yes ____   No **X**

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____

   3. Docket or Index number _____

   4. Name of Judge assigned to your case _____

   5. Approximate date of filing lawsuit _____

   6. Is the case still pending? Yes ____ No ____

      If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 21 day of April, 2011.

Signature of Plaintiff  *Abdallah Abdal-Rahim*
340 WEST 28TH STREET
APT #10G
NEW YORK, NY 10001

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Rev. 05/2010                                                  9